UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PATRICK GILL,

                          Plaintiff,                              **PLAINTIFF'S EXPERT
EXCHANGE PURSUANT
TO RULE 26(2)**

         -against-

                                                   Index No.: 1:13-cv-04477

CHRISTOPH S. BAHLMANN and PERINI
CORPORATION,

                        Defendant(s).

-----------------------------------------------------------------------X

      Plaintiff, **PATRICK GILL**, by his attorneys, **BLOCK, O'TOOLE & MURPHY, LLP,**

responds to Defendants' Demand for Expert Witness information pursuant to C.P.L.R. 3101(d)

respectfully submits as follows:

      Plaintiff expects to call Edwin Richter III, M.D., a Diplomat of the American Board of

Physical Medicine and Rehabilitation, with offices located at 166 West Broad Street, Suite 305,

Stamford, CT 06902 as an expert witness at the time of trial.

      It is anticipated that Dr. Richter will provide testimony regarding Plaintiff, **PATRICK**

**GILL's** medical history, treatment history, present physical condition, prognosis, present and

future medical needs and costs, as well as Plaintiff's needs pertaining to activities of daily living

and household help, as well as the effect of his injuries upon his life, including limitations

thereto, as detailed in his narrative report of June 2, 2014. A copy of said report is annexed

hereto as **_Exhibit "1"_**.

      It is further expected that Dr. Richter will testify regarding his review of the various

medical reports, hospital records, physician records and diagnostic studies pertaining to Plaintiff

**PATRICK GILL.**

The curriculum vitae of Edwin Richter, III, M.D., detailing his education, background, training, qualifications and publications is annexed hereto as *Exhibit "2"*.

Dr. Richter will further rely on and respond to the testimony of witnesses at the time of trial.

PLAINTIFF RESERVES THE RIGHT TO SUPPLEMENT THIS EXPERT WITNESS EXCHANGE UP UNTIL THE TIME OF TRIAL AS SAID EXPERT WILL TESTIFY AS TO HIS EXPERTISE ON THE SUBJECT MATTER OF THIS CASE AND RESERVES THE RIGHT TO SUPPLEMENT HIS OPINION BASED ON THE PROOF, MEDICAL OR OTHERWISE, THAT MAY BE ADDUCED AT THE TIME OF TRIAL.

Dated: New York, New York
      July 30, 2014

Yours etc.

DAVID L. SCHER
BLOCK O'TOOLE & MURPHY, LLP
**Attorneys for Plaintiff**
**PATRICK GILL**
One Penn Plaza
Suite 5315
New York, NY  10119
(212) 736-5300
Our File No.: 3800

TO:    Law Offices of Kenneth Arthur Rigby, PLLC
       **Attorneys for Defendants**
       **CHRISTOPH S. BAHLMANN and**
       **PERINI CORPORATION**
       15 Maiden Lane
       Suite 1500
       New York, NY 10038

Exhibit "1"

# EDWIN F.
# RICHTER III, M.D., LLC

June 2, 2014

Anna Nesvizhsky
Block, O'Toole & Murphy, LLP
One Penn Plaza
Suite 5315
New York NY 10119

Re:  Patrick Gill
DOB 3/30/65
DOI 8/14/12
DOE  5/27/14
File 3800

Dear Ms Nesvizhsky:

Patrick Gill was seen for physiatric evaluation on the above date of examination. Prior to the visit multiple records were reviewed (see below).

Review of Records

*Hospital Records*

Kings County Hospital records were reviewed.

New York Downtown Hospital records were reviewed.

*Physician Records*

Physical Medicine and Rehabilitation of New York records were reviewed. Assessments included cervical myofascial derangement, cervical disc herniation and disc bulges. It included physical therapy, analgesic medication and trigger point injections.  Assessments included lumbar sprain/strain injury, post-traumatic headache and nervousness.

Records of Dr. Merola were reviewed. Multi-level disc herniations were noted most significantly C4-5 and L3-4 and L4-5 segments with nerve root impingement at both areas. Operative note of 6/26/13 by Dr. Merola noted diagnoses of multi-level cervical disc herniations of which C4-5 was extruded producing cord compression, nerve root compression and severe progressive upper extremity fifth nerve root dysfunction.  He performed anterior discectomy and cervical fusion at C4-5.

*Radiology Records*

Stand Up MRI records were reviewed.  10/11/12 lumbar spine MRI impressions included L1-L2 bulging, L2-3 bulging, L3-4 diffuse disc bulge with thecal sac impression and extension into both neuroforaminal with bilateral L3 nerves abutted, with facet and ligamentous hypertrophy, greater on left than right with

166 West Broad Street
Suite 305
Stamford, CT 06902
Telephone: (203) 276-4220
Fax: (203) 276-4240

central spinal stenosis, L4-5 posterior disc bulging with thecal sac impression with peripheral components extending into the foramen nearly abutting the left L4 nerve roots and the foramen with some facet hypertrophy and a grade I spondylolisthesis of 1mm, and L5-S1 posterior disc bulge with thecal sac impression with peripheral bulging encroachment of the foramen bilaterally just abutting both nerve roots.

10/11/12 cervical spine MRI impressions included at C4-5 posterior disc herniation with focal extrusion located centrally and slightly right paramedian with impression on the cord, C5-6 subligamentous disc herniation impressing thecal sac and causing a more modest degree of right ventral cord impression, and disc bulges at C2-3, C3-4 and C6-7, C7-T1 central and slightly right paramedian focal extruded disc herniation impressing on the ventral cord slightly to right of midline and T1-2 left posterolateral extruded disc herniation extending into the left neuroforamen.

History

Mr. Gill related the history of his accident. He is a right handed man who was driving. His vehicle was stopped and his vehicle was struck from behind.  He was wearing his seatbelt. He did not lose consciousness.  He did injure his neck and lower back.

He has had surgery on his neck by Dr. Merola. His neck still hurts. Surgery did stop the radiation of pain and paraesthesias in the upper extremities but he still has pain within his neck which is aggravated by motion or weather changes.

He still has lower back pain. This does not radiate. It does hinder his sleep. It is aggravated by prolonged sitting or standing after 30-35 minutes.

He is on physical therapy 3 times a week.  He takes Naproxen 500 mgs as needed. He has also had to start blood pressure medication since the accident.

He had none of the above complaints prior to this accident.

He has some college education. He had worked in security and then started work as a corrections officer. He has missed some time from work because of this accident.

Past medical history is benign. He had no prior surgical history. He was not taking any medication prior to this accident.

Physical Examination

Mr. Gill was noted to be a well developed, well nourished man. His transfers were guarded. Donning and doffing were guarded.

There was a 5 cm anterior cervical scar which is well healed. There was tightness, tenderness and spasm of cervical paraspinal muscles. Spurlung's was positive bilaterally.  Range of motion was intact but with pain.

Grip strength (tested three times) was 60 lbs on the right and 30 lbs on the left.  Sensation was decreased in the C5 dermatomes.

3

Lumbar ranges of motion included flexion 40 degrees (normal 90 degrees), and extension 10 degrees (normal 25 degrees).  Both of these were painful.  Straight leg raising was positive in supine at 45 degrees and was also positive while seated bilaterally.  There was tightness, tenderness and spasm of lumbar paraspinal muscles.

There was decrease of sensation in the L4 and L5 dermatomes.  Gait was hesitant.

Impressions

Mr. Gill is status post motor vehicle accident in which he sustained injuries and impairments including disc derangement of cervical and lumbar spine with associated radiculopathies with chronic pain of affected areas as well as decreased strength, sensation, range of motion and activity tolerance.

There is anticipated need of continued medical care (across the life span) as a result of this accident.

This will include on average visits with spine specialists 3-4/year ($155/visit).

This will include on average visits with musculoskeletal/pain specialists 4-8/year ($155/visit).

There is anticipated need of future courses of physical therapy with an average of 24-36 sessions per year ($130/session).

There is anticipated need of continued medical regimen at least comparable to prescription strength NSAID ($30/month).

Bending or twisting of cervical or lumbar spine should be avoided.  Prolonged sitting or standing should be avoided.

There is anticipated need of follow-up MRI of cervical spine ($1,500) every 2-3 years, follow-up x-ray of cervical spine) $300 every 2-3 years and follow-up upper extremity EMG ($1,500) every 2-3 years.

There is potential need for additional cervical spine fusion surgery ($75,000 to $125,000) within 10-15 years.

He could potentially benefit from trigger point injections up to 3 per year ($250/set of injections).

All of the above opinions are offered within a reasonable degree of medical certainty. If additional information on this matter is required please feel free to contact me.

Sincerely,

Edwin F. Richter III, M.D.
Clinical Associate Professor of Rehabilitation Medicine,
New York University School of Medicine
Director of Rehabilitation Medicine, The Stamford Hospital

Exhibit "2"

## CURRICULUM VITAE

**NAME:** Edwin F. Richter III, M.D.

**ADDRESS:** 32 Strawberry Hill Court
Tully Health Center
Stamford CT 06902

**DATE OF BIRTH:** November 8, 1961

**PLACE:** Holyoke, Massachusetts

**EDUCATION:**

**1976-1979** St. John's Preparatory School, Danvers, Massachusetts
National Merit Scholar, Presidential Scholar Finalist
English Award, Debating Award, Headmaster's List

**1979-1983** Harvard College, Cambridge, Massachusetts
A.B. Biology, *Cum Laude*
Senior Honor Thesis on the behavior of *Betta Splendens*
Participated in research project analyzing jaw muscle
function of *Astatoreochromis Alluaudi*, with
electromyography and fluoroscopy
Harvard College Scholarships, Deans List

**1983-1987** New York University School of Medicine
New York, New York
Clinical Correlation Program, Medical Ethics Study Group,
Orientation program, American Medical Student Association
NYU Chapter

**1987-1988** Rotating Internship (Internal Medicine, Neurology,
Orthopedics, Neurosurgery)
Department of Rehabilitation Medicine,
New York University Medical Center

**1988-1991** Resident Training Program, Rusk Institute of
Rehabilitation Medicine New York University
Medical Center, New York, New York, Rotations at
Bellevue Hospital (Chief Resident), Orthopedic Institute,
Manhattan's Veteran's Administration Medical Center,
Goldwater Memorial Hospital, Recipient Highest Overall
Performance Award, Graduate of Lower Extremity
Prosthetic and Orthotic Course and Upper Extremity

2

|  | Prosthetic and Orthotic Course, New York University School of Medicine Post Graduate Division |
|------|------|
| 1992 | Diplomate American Board of Physical Medicine and Rehabilitation |

**PROFESSIONAL APPOINTMENT:**

| | |
|------|------|
| 1991 | Clinical Instructor of Rehabilitation Medicine, New York University School of Medicine |
| | Attending Physician - Rusk Institute of Rehabilitation Medicine and New York University Medical Center |
| 1992 | Attending Physician - Bellevue Hospital |
| | New York University Medical Center Quality Assurance Committee, Peer Review Sub-Committee |
| | Department of Rehabilitation Medicine Quality Assurance Committee |
| | Department of Rehabilitation Medicine Peer Review Committee (Chairman) |
| | Department of Rehabilitation Medicine Steering Committee, Clinical Services Sub-Committee |
| | Medical Director, Minor Head Injury Program, Rusk Institute of Rehabilitation Medicine |
| 1993 | Department of Rehabilitation Medicine Committee for Drafting Departmental Documents |
| | Department of Rehabilitation Medicine Program Evaluation Committee Co-Chair |
| | NYU School of Medicine faculty Advisor Program |
| | Department of Rehabilitation Medicine Faculty Advisor Program |
| 1994 | Clinical Assistant Professor, New York University School of Medicine |

3

Department of Rehabilitation Medicine Planning Committee for Clerical Continuing Education Conference "Caring for the Caregiver"

Department of Rehabilitation Medicine Utilization Review Committee Co-Chair

Department of Rehabilitation Medicine Discharge Planning Committee

Orthopedic Transfers Task Force

Department of Rehabilitation Medicine Research Ideas Committee

1995   Department of Rehabilitation Medicine Sub-Committee on Future Strategies for Rehabilitation

Physiatric Consultant to NYU-Bellevue Program for Survivors of Torture

Rusk/HJD Rehabilitation Planning Working Committee

1997   RJRM Physician's Marketing Sub-Committee

Medical Advisory Board Brain Injury Society

1998   NYU Medical Center Performance Improvement Team

RJRM Faculty Appointments and Promotions Committee

Truancy Performance Improvement Team

1999   Rusk Attending Fundraising Committee

University MSO Medical Management Committee

University MSO Board of Managers

2000   Clinical Facilities Planning and Development Committee

Performance Improvement Team; Rusk Documentation

Stroke Pathway Committee

4

|      |       |                                                                                                   |
|------|-------|---------------------------------------------------------------------------------------------------|
|      |       | Chairman - Rusk Physicians Working Group on Tisch Hospital Length of Stay Reduction Initiatives   |
|      |       | Advisory Team for Development and Implementation of Electronic Data Repository                    |
| 2001 |       | Adult Spasticity Clinic Director                                                                  |
|      |       | Prospective Payment System Workgroup                                                              |
| 2002 |       | Clinical Associate Professor of Rehabilitation Medicine Associate Clinical Director, Rusk Institute |
|      |       | Comprehensive Stroke Center Steering Committee                                                    |
|      |       | Center for Advanced Technology Collaboration Committee                                            |
| 2003 |       | Guest Examiner, American Board of Physical Medicine and Rehabilitation                            |
|      |       | Rusk Research Workgroup                                                                            |
|      |       | Rehabilitation Oversight Committee                                                                |
|      |       | Continuing Care Steering Committee                                                                |
|      |       | Joint Medical Management Committee                                                                |
|      |       | XA Information Technology Steering Committee                                                       |
|      |       | NYU EDR Steering Committee                                                                         |
|      |       | Rusk and CAT Steering Committee                                                                    |
|      |       | Clinical Coordinators Committee                                                                    |
|      |       | Rusk Service Line Committee                                                                        |
| 2005 | April | Director of Physical Medicine & Rehabilitation, and Attending Physician, The Stamford Hospital, Stamford CT |

5

## PROFESSIONAL MEMBERSHIPS:

American Academy of Physical Medicine and Rehabilitation (Fellow)

Association of Academic Physiatrists

American Medical Association

Medical Society State of New York

New York County Medical Society

New York Pain Society

American Academy of Medical Infrared Imaging

New York University Association of Attending Physicians

Society of the Alumni of Bellevue Hospital

American Academy of Pain Management

New York Academy of Traumatic Brain Injury, Inc.

## PRESENTATIONS:

| | | |
|---|---|---|
| 1991 | October | "Rehabilitation of the Amputee: Medical Aspects" Lecture for Department of Vocational Rehabilitation New York University Graduate Course on "Medical and Psychological Aspects of Rehabilitation" |
| 1992 | October | "Rehabilitation of the Amputee: Medical Aspects" Lecture for Department of Vocational Rehabilitation New York University Graduate Course on "Medical and Psychological Aspects of Rehabilitation" |
| | October | "Early Management of the Amputee" Lecture for the Lower Extremity Prosthetic and Orthotic Course New York University School of Medicine Post Graduate Division |
| | November | "Treatment of Head and Gaze Palsy by means of Caloric Stimulation" Scientific Presentation American Academy of Physical Medicine and Rehabilitation Annual Meeting, San Francisco California |

6

| | December | "Stroke Rehabilitation" Lecture for Rusk Institute resident Lecture Series |
|---|---|---|
| 1993 | January | "Hydrotherapy and Rehabilitation" Lecture for Programs in Preparation for the Professions" New York University School of Medicine |
| | February | "Physical Medicine and Rehabilitation as a Career Choice" Career Evening - New York University School of Medicine |
| | February | "Stroke Syndromes" Rusk Institute Resident Lecture Series |
| | March | "Upper Extremity Orthotics Prescription" Seminar for Housestaff and Occupational Therapists First Floor Service Rusk Institute |
| | April | "Early Management of the Amputee" Lecture for the Lower Extremity Prosthetic and Orthotic Course - New York University School of Medicine Post Graduate Division |
| | June | "Rehabilitation of Shoulder Injuries" Lecture Rusk Institute Resident Lecture Series |
| | September | "Brain Plasticity and Stroke Rehabilitation" Rusk Institute of Rehabilitation Medicine Continuing Education Lecture Series |
| | October | "The Diagnostic Value of Computerize Imaging Techniques in the Chronic Pain Evaluation" Lecture - American Academy of Medical Infrared Imaging |
| | November | "Changes in Dysphagic Patients after Surgical Procedures" Poster Presentation, American Academy of Physical Medicine and Rehabilitation Annual Meeting |
| | November | "Rehabilitation of the Amputee: Medical Aspects" Lecture for Department of Vocational Rehabilitation New York University Graduate Course on "Medical and Psychological Aspects of Rehabilitation" |
| | November | "Early Management of the Amputee: Medical Aspects" Lecture for the Lower Extremity Prosthetic and Orthotic Course New York University School of Medicine Post Graduate Division |

7

| | November | "Orthotics n Neuromuscular Disorder" Lecture for the Lower Extremity Prosthetic and Orthotic Course New York University School of Medicine Post Graduate Division |
|---|---|---|
| 1994 | February | "Stroke Syndrome" Rusk Institute Resident Lecture Series |
| | March | "Early Management of the Amputee" Lecture for the Lower Extremity Prosthetic and Orthotic Course New York University School of Medicine Post Graduate Division |
| | March | "Orthotics in Neuromuscular Disorders" Lecture for the Lower Extremity Prosthetic and Orthotic Course New York University School of Medicine Post Graduate Division |
| | April | "Management of Lower Extremity Amputee" Annual Comprehensive Review of Physical Medicine and Rehabilitation, New York University Medical Center |
| | April | "Alternative Sling Designs for Upper Extremity Management in Hemiplegia, Paper Work Federation of Occupational Therapy Annual Meeting |
| | April | "Upper Extremity Orthotics in Neurological Disease", Seminar, World Federation of Occupational Therapy Annual Meeting |
| | April | "Neurological Disorders" and "Traumatic Brain Injury", Panel Discussions, World Federation of Occupational Therapy Annual Meeting |
| | May | "Reflex Sympathetic Dystrophy" and "Advances in Orthotic and Prosthetic Management", Lectures, Mexican Society of Orthopedics Annual Meeting |
| | June | "Medical Aspects of Impairment and Disability", Lecture for "Caring for the Caregiver" Conference for Clerical Continuing Education, Rusk Institute and Blanton - Peale Institutes of Religion and health |
| | June | "Rehabilitation of Shoulder Injuries" Lecture, Rusk Institute Resident Lecture Series" |

8

| | | |
|---|---|---|
| | June | Reflex Sympathetic Dystrophy" In Service Lectures, Physical Therapy and Occupational Therapy Services, Rusk Institute of Rehabilitation Medicine |
| | November | "Orthotics in Neuromuscular Disorders" Lecture for the Lower Extremity Prosthetic and Orthotic Course New York University School of Medicine Post Graduate Division |
| | December | Stroke Rehabilitation" Lecture for Rusk Institute Resident Lecture Series |
| 1995 | January | "Medical Aspects of Impairment and Disability", Rusk Institute of Rehabilitation Medicine Continuing Education Lecture Series |
| | February | "Stroke Syndrome" Rusk Institute Resident Lecture Series |
| | March | "Endovascular Treatment for Stroke", Rusk Institute of Rehabilitation Medicine Continuing Education Lecture Series |
| | March | "Lower Limb Orthotics in Neuromuscular Disorders", Lecture for the Lower Extremity Prosthetic and Orthotic Course New York University School of Medicine |
| | May | "Rehabilitation of Shoulder Injuries", Lecture for Rusk Institute Resident Lecture Series |
| 1996 | May | "Physiological Response to Acupuncture as Evidenced by Computerized Infrared Imaging. Presented at 1996 Resident's Night, New York Society of PM&R |
| | October | "Physiological Response to Acupuncture as Evidenced by Computerized Infrared Imaging. Presented at the American Academy of PM&R 58th Annual Assembly |
| 1997 | March | "Static Orthoses as a Dynamic Treatment After Stroke", Oral Presentation at International Occupational Therapy Congress, Hong Kong |
| | March | "Multi-factorial Dysphagia After Stroke", Round table Discussion and presentation at International Occupational Therapy Congress, Hong Kong |

9

| | | |
|---|---|---|
| | April | "Reflex Sympathetic Dystrophy" Veterans Administration of Manhattan Ground Rounds |
| | August | "Stroke Syndrome" Rusk Institute Resident Lecture Series |
| | September | "Stroke Related Topics: Rehab Techniques, Outcome Measures and Predictors of Outcome" Rusk Institute Resident Curriculum Series |
| | October | "Rehabilitation of the Amputee" Lecture - Graduate course "Medical and Psychological Aspects of Rehabilitation" |
| | | "Acquired and Traumatic Brain Injury and their Physical Impact"; Metropolitan Brain Injury Association |
| 1998 | May | "Outcomes of Brain Injury" Lecture - Brain Injury Society |
| | June | "Hand Orthotic Clinical Reasoning in Neurological Disorders" Presentation |
| | August | "Rehabilitation of the Primary Care Physician" -- Lecture For Bellevue Primary Care Program |
| | October | "Rehabilitation of the Amputee" Lecture - Graduate course "Medical and Psychological Aspects of Rehabilitation" |
| | November | "Outcomes of Brain Injury" Lecture - Brain Injury Society |
| | November | "Introduction to Physical Therapy for the Primary Care Physician", Lecture - Bellevue |
| 1999 | February | "Brain Injury Issues" Rusk Institute Resident Lecture Series |
| | March | "Amputee Management" Lecture for the Lower Extremity Prosthetic and Orthotic Course New York University School of Medicine |
| | May | Ethics Symposium and Panelist |
| | May | "What are the Outcomes of Brain Injury", Lecture - Brain Injury Society Symposium |

10

| | October | "Rehabilitation of Post Stroke Visuo-spatial Imperception: Caloric Stimulation applied to activate Cephalic and Ocular Systems, Lecture - Continuing Education Seminar Series |
| | October | "Living with Stroke" - Presentation and Panelist, Focus on Patients and Families Programs |
| 2000 | February | "What are the Outcomes of Brain Injury?" Lecture- Brain Injury Society Bikur Cholim |
| | March | "Traumatic Brain Injury: Educational Issues" – Lecture – United Federation of Teachers, Capably Disabled Committee General Meeting |
| | March | "Lower Extremity Amputations and Prostheses: Patient Management" – Lecture – 25th Annual Comprehensive Review of Physical Medicine and Rehabilitation Course |
| | April | "Thermography" Resident Lecture Series – Rusk Institute of Rehabilitation Medicine |
| | May | "Dizziness and Vestibular Disorders" – Lecture- Psychiatry Residents Bellevue Hospital |
| | June | "Rehabilitation Medicine" Lecture – Career Opportunities Program, Rusk Institute of Rehabilitation Medicine |
| | July | "Rehabilitation Medicine" Lecture – Career Opportunities Program, Rusk Institute of Rehabilitation Medicine |
| | August | "Spasticity Management" Lecture – Grand Rounds Rusk Institute of Rehabilitation Medicine |
| | | "Brain and Brainstem" Lecture – resident lecture series |
| | | "Rehabilitation Medicine" Lecture – Career Opportunities Program, Rusk Institute of Rehabilitation Medicine |
| | | "Physiatric Approach to Acquired Brain Injury" – Lecture State University of New York |
| | | "Rehabilitation in Rheumatoid Patients" – Lecture Bellevue Rheumatology Department |

11.

| | | |
|---|---|---|
| | October | "Medical and Psychological Aspects of Rehabilitation" – Lecture Series – Graduate course |
| | December | "Management of Spasticity" – Grand Rounds Guest Speaker Department of Veterans Affairs |
| 2001 | March | "Computerized Infrared Imaging as a Diagnostic Tool in Shoulder-Hand Syndrome", Association of Academic Physiatrists Annual Meeting, Hilton Head, SC |
| | | "Lower Extremity Amputations and Prosthetics", Lecture – Review Course |
| | May | "Rehab Consultations", Residents Curriculum Series, Rusk Institute of Rehabilitation Medicine |
| | June | "Rehab Management of Spasticity", Residents Curriculum Series, Rusk Institute of Rehabilitation Medicine |
| | | "Minor Head Injury" – Lecture, Continuing Education Seminar Series, Rusk Institute of Rehabilitation Medicine |
| | | "Rehabilitation Medicine" Lecture – Career Opportunities Program, Rusk Institute of Rehabilitation Medicine |
| | July | "Rehabilitation Medicine" Lecture – Career Opportunities Program, Rusk Institute of Rehabilitation Medicine |
| | August | "Living with Stroke: Part I: The Medical Care" – Workshop, Focus on Patients and Families Program, Rusk Institute of Rehabilitation Medicine |
| | December | "Personality, Family and Psychiatric Issues After Traumatic Brain Injury |
| 2002 | February | RIRM Continuing Education Seminar Series, PPS: Challenges For The Rusk Institute |
| | | "Medical and Psychological Aspects of Rehabilitation" Lecture Series Graduate Students |
| | March | "Principles of Rehabilitation in Stroke", Lecture – Neurology Residents. |

12

|  |  | "Lower Extremity Amputations and Prosthetics", Lecture – New York University Department of Rehabilitation Medicine Review Course |
|  | June | "Acute Brain Dysfunction: Inpatient and Outpatient Rehabilitation Management" RIRM Continuing Education Series |
|  |  | "Rehabilitation Medicine" Lecture – Career Opportunities Program, Rusk Institute of Rehabilitation Medicine |
|  | July | "Rehabilitation Medicine" Lecture – Career Opportunities Program, Rusk Institute of Rehabilitation Medicine |
|  | September | "Treatment of Adult Spasticity" RIRM Continuing Education Series. |
|  | October | "Treatment of Adult Spasticity" RIRM Continuing Education Series. |
|  | November | "Dizziness, Dysequilibrium and Personality Issues after Traumatic Brain Injury" Brain Injury Update Newsletter, Vol 17, No11, November 2002 |
|  | December | "Updates in Computerized Infrared Imaging", Grand Rounds Rusk Institute of Rehabilitation Medicine |
|  |  | "Traumatic Brain Injury", Sports Medicine & Rehabilitation in the 21st Century Course |
|  |  | "Disequilibrium, Dizziness and Personality Issues Following TBI", Abstract, New York Academy of Traumatic Brain Injury Inc. A Multidiscipline Educational Alliance. Conference |
| 2003 | January | "Spasticity Management" Lecture – Grand Rounds Rusk Institute of Rehabilitation Medicine |
|  | February | "Medical and Psychological Aspects of Rehabilitation" Lecture- Vocational Graduate Students. |
|  | March | "Physical Medicine and Rehabilitation Review Workshop" |
|  |  | "Traumatic Brain Injury" – Presentation to Psychology Department |

73

|      |          |                                                                                                                                                              |
|------|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | August   | "Rehabilitation From Strokes: Psychosocial Treatment Integrated With Tracking the Biology" (with Dr. Tom Levin) World Association for Psychosocial Rehabilitation 8th World Congress |
|      | October  | "Spasticity Management: Focus on Rehabilitation – Current Treatment Options. Medtronic                                                                         |
|      | December | "Rehabilitation of the Athlete After Brain Injury", Lecture, Sports Medicine and Rehabilitation - A Review and Update, Part I, New York University School of Medicine |
| 2004 | April    | "Management of Lower Extremity Amputee", 29th Annual Comprehensive Review Course of Physical Medicine and Rehabilitation, New York University Medical Center   |
|      |          | "Minor Head Injury: Why is it Such a Major Problem?" NYS Speech-Language Hearing Association Annual Meeting Albany, NY                                          |
|      | June     | Moderator: Panel Discussion, 6th Annual RIRM Senior Fitness Day, New York University Medical Center                                                            |
|      |          | Issues in Medical Management of TBI's in Rehabilitation Settings, Lecture with Discussion, Neuropsychological Rehabilitation After Brain Injury 2nd International Conference, Vipiteno, Italy |
|      |          | Round table Discussion, Neuropsychological Rehabilitation After Brain Injury 2nd International Conference, Vipiteno, Italy                                      |
| 2005 | January  | "Computer Assisted Stroke Treatment - Rusk and NYU Technology Developers" Continuing Education Seminar Series                                                  |
| 2006 | March    | "Lower Extremity Amputations and Prostheses: Patient Management", Lecture 31st Annual Comprehensive Review Course of Physical Medicine and Rehabilitation, New York University Medical Center |

14

| | May | "Complex Regional Pain Syndrome", Lecture, RSD, CRPS & Chronic Pain: State-of-the-Art Practices And Computerized Infrared Imaging Course |
|---|---|---|
| | September | "Minimizing Low Back Pain and Advances in Spine Surgery", Lecture presentation Community Outreach Program |
| 2007 | March | "Lower Extremity Amputations and Prostheses: Patient Management", Lecture 32nd Annual Comprehensive Review Course of Physical Medicine and Rehabilitation, New York University Medical Center |
| 2008 | March | "Lower Extremity Amputations and Prostheses: Patient Management", Lecture 33rd Annual Comprehensive Review Course of Physical Medicine and Rehabilitation, New York University Medical Center |
| 2009 | March | "Lower Extremity Amputations and Prostheses: Patient Management", Lecture 34th Annual Comprehensive Review Course of Physical Medicine and Rehabilitation, New York University Medical Center |
| 2010 | March | "Lower Extremity Amputations and Prostheses: Patient Management", Lecture 35th Annual Comprehensive Review Course of Physical Medicine and Rehabilitation, New York University Medical Center |

## PUBLICATIONS:

Gianutsos, J.; Richter, E.; Plasse, H.; Grynbaum, B.: Treatment of Head and Gaze Palsy by Means of Caloric Stimulation. Archives of Physical Medicine and Rehabilitation, Vol 73 (12) pg 966 (Abstract) 1992.

Richter, E.; Lim, A.; Grynbaum, B.: Changes in Dysphagic Patients After Surgical Procedures. Archives of Physical Medicine and Rehabilitation, Vol 74 (11) (Abstract) 1993.

Richter, E.; Lim, A.; Tsang, M.: Alternative Sling Designs for Upper Extremity Management in Hemiplegia, Proceedings of the World Federation of Occupational Therapy, 1994

15

Wu, S.; Richter, E.; Cohen, J.; Rosenblum, J.; Lee, M.: Physiological Response to
Acupuncture as Evidenced by Computerized Infrared
Imaging. Archives of Physical Medicine and Rehabilitation,
Vol 77 pg 960 (September) 1996.

Richter, E.: Exercise Helps Relieve Pain of Osteoarthritis, Houston Chronicle, (New
Orleans) Times-Picayune, Seattle Post-Intelligencer, (May)
1997.

Richter, E.: How to Relieve Tormenting Muscle Cramps. Iola Herald, (Iola, WI) April
1998.

Richter, E.: Tips for Safe Pool Use, Post - Bulletin, (Rochester, MN), May 1998.

Richter, E.: Least Expensive Arthritis Treatment is Best. Daily Californian, (El Cajon,
CA) May 1998.

Richter, E.: Muscle Cramps Affect Just About Everybody. Herald - Standard,
(Uniontown, PA) May 1998.

Richter, E.; Lim, A.L.:Hand Orthotic Clinical Reasoning in Neurological Disorders.
WFOT Book of Abstracts, Montreal, Canada, June, 1998.

Richter, E.; Medication and Brain Injury. Brain Injury Society Newsletter, (Brooklyn,
NY), Volume 1 No 3 pg 1 (Summer) 1998.

Richter, E.; Introduction to Physical Therapy. - Curriculum for Primary Care Residents
Bellevue, (September) 1998.

Marroquin, A.; Gianutsos, J.; Richter, E.; Qu, S.M.; Grynbaum, B.:Rehabilitation of
Post-Stroke Visuo-spatial Imperception: Caloric Stimulation
Applied to Activate Cephalic and Ocular Systems
Proceedings of the New York Society of Physical Medicine
and Rehabilitation, Vol 67, Issue 4, 1998

Foster, T.; Richter, E., Grynbaum, B.; Gianutsos, J.: Physiatric Management of Patients
with Carcinoma Involving Different Primary Metastatic
Tumors of the Spinal Cord Proceedings of the New York
Society of Physical Medicine and Rehabilitation, Vol 67,
Issue 4, 1998

Foster, D, Richter, E, Grynbaum, B, Gianutsos, J, (1999). Rehabilitation of Patients with
Carcinoma involving Different Primary Metastic Spinal
Tumors. Archives of *Physical Medicine and Rehabilitation*,
80:1134.

16

Kelly, BK, Schliefstein, TR.; Richter, EF.; Gianutsos, JG.; Grynbaum, BB.(1999): Gait Analysis as a Measure of Functional Outcome. Archives of Physical Medicine and Rehabilitation 80:1137

Wu, S.; Cohen, J.; Richter, E.; Lee, M.: Role of Computerized Infrared Imaging in the Diagnosis of Complex Regional Pain Syndrome Type II in Patients with Cerebral Vascular Accident. Archives of Physical Medicine and Rehabilitation 1999;80:1167

Wu, S.; Richter, E.; Rosenblum, J.; Lee, M.; Diagnostic Value of Computerized Infrared Imaging Techniques in Chronic Pain Evaluation Archives of Physical Medicine and Rehabilitation

Marroguin, A.; Gianutsos, JG; Richter, EF., Qu, SM, Grynbaum, BB,: Rehabilitation of Poststroke Cephalic and Ocular Impairment by Caloric Stimulation Archives of Physical Medicine and Rehabilitation, 80:1199-1200

Richter, E.; Lim, A.L.; Kalva S.R.: Static Orthoses Can Enhanced Taub's Concept of Learned Nonuse Archives of Physical Medicine and Rehabilitation

Richter, E.; "Orthopedic Impairments" in M Eisenberg, R Gluekauf, HH Zaretsky "Medical Aspects of Disability" (pp 329-341). NY NY; Springer Publishing Co, 1999.

Kelly, BK, Schliefstein, TR, Richter EF, Gianutsos, JG, Grynbaum B, (1999). Gait Analysis as a Measure of Functional Outcome. *Archives of Physical Medicine and Rehabilitation*, 80:1200.

Leali, A, Eisenberg, C, Ortiz, S, Gianutsos, JG, Kalva, SR, (1999). An Unusual Pattern of Motor Recovery Subsequent to Ischemic Strike. *Archives of Physical Medicine and Rehabilitation*, 80:1200.

Marroquin, A, Gianutsos, JG, Richter, EF, Qu, SM, Grynbaum, B, (1999). Rehabilitation of Poststroke Cephalic and Ocular Motor impairment by Caloric Stimulation. *Archives of Physical Medicine and Rehabilitation*, 80:1199-1200.

Wu, SH, Cohen JM, Richter EF, Cabrera IN, Lee MHM, "The Role of Computerized infrared Imaging in the Diagnosis of Complex Regional Pain Syndrome Type II in Patients with Cerebral Vascular Accidents" AAPMR, October 1999.

17

Gianutsos, JG, Oakes, LC, Prufer, N, Kramskiy, V, Richter EF,III, Hutchinson, M. Use of a therapeutic ranging/exercise program in the rehabilitation of a person with progressive supranuclear palsy. *Third Mediterranean Congress of Physical Medicine and Rehabilitation.* 3, 148,2000.

Richter, E.; Musculoskeletal Injuries and Traumatic Brain Injury Brain Injury Society Pathfinder Quarterly Newsletter, Spring 2000 Volume 3 Issue 3

Cabrera IN, Wu SSH, Richter EF, Okoronkwo IM, Lee MHM, "Computerized Infrared Imaging as an Objective Tool in Chronic Pain Assessment" Archives Physical Medicine and Rehabilitation 2000

Richter, E.; Nutrition, Swallowing And Brain Injury: Brain Injury Socity Pathfinder Quarterly Newsletter, Summer 2000 Vol 3 Issue 5

Gianutsos, JG, Ahn, JH, Oakes, LC, Richter EF,III, ; Grynbaum, BB, Thistle, HG. The effects of whole body vibration on reflex-induced standing in persons with chronic and acute spinal cord injury. *Third Mediterranean Congress of Physical Medicine and Rehabilitation.* 3,154,2000.

Gianutsos,JG, Ahn, JH, Richter, EF, Heath-Gyorok, S, Grynbaum, BB, The effects of whole body vibration on reflex-induced standing in persons with chronic and acute spinal cord injury. Arch. *Phys-Med. Rehab.* 81: 1299,2000.

Natalicchio, JC, Grynbaum, BB, RichterIII, EF, Gianutsos, JG, Delay in Diagnosis and Treatment Following a Fall: A Case Report.

Onefater, V, Richter, EF, Gianutsos, JG, Kaplan, E. Healing of Chronic Heel Ulcer After Treatment of Spasticity With Botulinum Toxin Type A. Proceedings of the New York Society of Physical Medicine and Rehabilitation, (2000), Vol 68, Issue 4.

Richter, EF, Gianutsos, JG Kaplan, E, Onefater, V, Healing of chronic heel ulcer after treatment of spasticity with botulinum toxin Type A. Arch. Phys. Med. Rehab. 81: 1310, 2000.

Richter, EF, Onefater, V, Gianutsos, JG, Kaplan, E, Grynbaum, BB. Shifting diagnostic and therapeutic burdens form acute care to the rehabilitation setting. *Arch. Phys. Med. Rehab .*81:1308, 2000.

Cabrera IN, Wu SSH, Richter EF, Roesch B, Lee MHM, "Computerized Infrared

18

Imaging as an Objective Tool in Chronic Pain Assessment" AAPMR 2000.

Richter EF, "Interdisciplinary Management of Brain Injury", In Suchoff IB, Ciuffreda KJ, Kapoor N "Visual and Vestibular Consequences of Acquired Brain Injury" OEP, Santa Ana, CA, 2001.

Richter EF, Wu SH, Cohen JM, Cabrera IN, Lee MHM, "Computerized Infrared Imaging as a Diagnostic Tool Shoulder-Hand-Syndrome" Archives Physical Medicine and Rehabilitation 2001; 80:318

Wu SSH, Richter EF, Okoronkwo I, Cabrera IN, Lee MHM, "The Use of Computerized Infrared Imaging in Diagnosing Complex Regional Pain Syndrome in Patients with Atypical Chronic Pain: A Report of Two Cases" AAP 2002 Annual Meeting (poster).

Wu SSH, Richter EF, Okoronkwo I, Cabrera IN, Lee MHM, "The Use of Computerized Infrared Imaging in Diagnosing Complex Regional Pain Syndrome in Patients with Atypical Chronic Pain: A Report of Two Cases" American Journal Physical Medicine and Rehabilitation 2002

Richter EF III, Gianutsos, JG. "Improvement of Neurogenic Stuttering with Tizanidine: A Case Report." Arch. Phys. Med.Rehab. 83:1677, 2002.

Richter EF, "Dizziness, Dysequilibrium and Personality Issues after Traumatic Brain Injury", Brain Injury Update Newsletter, Volume 17, No 11, November 2002

Wu SSH, Richter EF, Yuhn SH, Lee MHM, "Use of Computerized Infrared Imaging to Confirm Clinically Suspected Complex Regional Pain Syndrome In Patients with Chronic Pain: A Case Series" Archives Physical Medicine and Rehabilitation 2003

Gianutsos, JG., Gol, JT, Hutchinson, M., Richter, EF, Ahn, JH, Batavia, M. "Standing Induced Via Segmental Reflex Pathways of Persons With Spinal Paralysis" A Case Series." Archives Physical Medicine and Rehabilitation. 84:A3, 2003

Gianutsos, JG, Hutchinson, M, Horner, CL, Richter, EF, Velasco, JP. "Relative Efficacy Of Daily Versus Weekly Lower-Extremity Mechanical Ranging Combined With Exercise in Promoting Improvement of Motor Function in Persons with

19

Parkinson's Disease". Archives Physical Medicine and Rehabilitation 84; A29-A30, 2003

Richter, EF, "Management of the Hospitalized Trauma Patient", *Oxandrin IN FOCUS*, Case Study, Vol 1, Issue 3: February 2004

Richter, EF, "Balance Problems and Dizziness" in Silver, JM, McAllister, TW, and Yudofsky, SC, Textbook of Traumatic Brain Injury, American Psychiatric Publishing Inc., Arlington VA, 2005

Richter, EF, "Burn Injuries" in Zaretsky, HH, Richter EF, Eisenberg, MG, Medical Aspects of Disability, 3rd Edition: A Handbook for the Rehabilitation Professional, Springer Publishing Co., New York NY, 2005

Richter, EF, Deporto RD, "Orthopedic Impairments" in Zaretsky, HH, Richter EF, Eisenberg, MG, Medical Aspects of Disability, 3rd Edition: A Handbook for the Rehabilitation Professional, Springer Publishing Co., New York NY, 2005

Tan, Jackson, C., "Practical Manual of Physical Medicine and Rehabilitation, 2nd Edition: Reviewer Chapter 5.4 Spasticity, Elsevier Mosby Publishing, 2006

Richter, EF, "Thermography and Golf: Implications for Sports Medicine Applications" in Rehabilitation and Thermography, Chapter 10, Impress Publications, 2007

Richter, EF, "Psychosocial Implications of Thermography" in Rehabilitation and Thermography, Chapter 14, Impress Publications, 2007

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

$\big\}$ ss.:

COUNTY OF NEW YORK ss.:

**Anna Nesvizhsky** being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Richmond County in the State of New York.

I served a true copy of the annexed **PLAINTIFF'S EXPERT EXCHANGE PURSUANT TO RULE 26(2)** on July 30, 2014 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Law Offices of Kenneth Arthur Rigby, PLLC
**Attorneys for Defendant(s)**
**CHRISTOPH S. BAHLMANN AND**
**PERINI CORPORATION**
15 Maiden Lane
Suite 1500
New York, NY 10038
(212) 629-7575

Anna Nesvizhsky

Sworn to before me July 30, 2014

Notary Public

Carmen Suliveres
Notary Public, State of New York
No. 01SU6191337
Qualified in Bronx County
Commission Expires 8/11/2016