UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------X

Patrick Gill,

                    Plaintiff,

      - against -

CHRISTOPH S. BAHLMANN and PERINI
CORPORATION,

                  Defendants.

-----------------------------------------X

Case No. 13-CV-04477-JG-SMG

PROOF OF SERVICE BY OVERNIGHT
MAIL OF SIGNED ORDER TO SHOW
CAUSE AND THE PAPERS UPON
WHICH IT IS GRANTED

     I, John R. Wiess, Esq., hereby certify that on January 5, 2015, I caused a copy of the following documents

1. **Order To Show Cause (signed by Hon. Steven M. Gold of the United States District Court for the Eastern District of New York), and**

2. **Affirmation Of John R. Wiess, Esq., In Support Of The Defendants' Motion For Relief For The Geo Group, Inc.'s Disobedience Of Two So Ordered Subpoenas (with "Exhibit A" through "Exhibit F")**

to be sent by overnight mail to the following

**The Geo Group, Inc.**
**c/o Corporate Creations Network, Inc.**
**15 North Mill Street**
**Nyack, New York 10960**
**(Registered Agent)**

**The Geo Group, Inc.**
**2534 Creston Avenue**
**Bronx, New York 10468**

by depositing a true copy of the same securely enclosed in properly addressed Federal Express wrappers, marked bill to sender, and then delivering the Federal Express wrappers into the custody of Federal Express for overnight delivery prior to the latest time designated by Federal Express for overnight delivery service.

Dated: New York, New York
       January 6, 2015

By: _____
    John R. Wiess (JW 9563)
    The Law Offices of
    Kenneth Arthur Rigby, PLLC
    15 Maiden Lane, Suite 1500
    New York, New York 10038
    (212) 629-7575
    jwiess@karigbylaw.com