# THE LAW OFFICES OF KENNETH ARTHUR RIGBY, PLLC

Attorneys at Law
15 Maiden Lane, Suite 1500
New York, New York 10038
(212) 629-7575
Direct Dial (646) 490-9690
Facsimile (646) 863-4248

February 20, 2015

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Room 1217 (Chambers)
Brooklyn, New York 11201

> Re: Patrick Gill v. Christoph S. Bahlmann and Perini Corporation (United States District Court, Eastern District of New York; Case Number 13-CV-04477-JG-SMG)
> Our File Number: PZ-0015

Dear District Judge Gleeson and Chief Magistrate Judge Gold:

As you know, this law office represents the defendants, Christoph S. Bahlmann and Perini Corporation, in the above-referenced matter.

We are writing in response to plaintiff's counsel's letter, Document 29 on the ECF, which was filed moments ago, specifically that portion which states "we have no objection to adjourning the conference of February 23, 2015 to the March 26, 2015 conference date". In point of fact, this issue was never discussed with this firm and this firm does object to such an adjournment. So that we are clear, this firm has no objection to adjourning Monday's pre-motion conference for a brief time to March 2, 2015.

Thank you.

Respectfully submitted,

Kenneth Arthur Rigby (KR0266)

cc: David L. Scher, Esq.
Block O'Toole & Murphy, LLP
Attorneys at Law
One Penn Plaza, Suite 5315
New York, New York 10119