## BLOCK O'TOOLE & MURPHY, LLP
### ATTORNEYS AT LAW

One Penn Plaza
Suite 5315
New York, New York 10119
Telephone (212) 736-5300 ♦ Fax (212) 971-9840
www.blockotoole.com

**Partners**
Jeffrey A. Block
Daniel P. O'Toole
Stephen J. Murphy
S. Joseph Donahue
David L. Scher

**Senior Counsel**
Frederick C. Aranki
Scott Occhiogrosso

**Associates**
Michael J. Hurwitz
Thomas Brennan
Christina Mark*
Romina Tominovic
Brigit Zahler
Daniel Seiden**

**Of Counsel**
George A. Freitag
Javier A. Solano
Ravi Sattiraju

September 14, 2015

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   Case No. 1:13-cv-04477-JG-SMG; *Gill v. Bahlmann et al.*

Dear Judge Gleeson and Judge Gold:

We write this letter as a joint status report, as required by Your Honor's July 30, 2015 directive. As you know, Mr. Gill's Chapter 7 bankruptcy proceeding was re-opened on July 18, 2015 following a motion by the prior Trustee Richard J. McCord, Esq. Mr. McCord continues as the appointed Trustee. The Trustee has not yet retained any lawyer to continue with the prosecution of Mr. Gill's personal injury claims, which are pending under the subject docket number.

Pursuant to our conversation with Mr. McCord's office today, there will be no further changes on the status of the bankruptcy proceedings until Mr. Gill's personal injury action is resolved.

We respectfully request another month, October 14, 2015 to provide Your Honors with another status report. We again, appreciate Your Honors' patience as we further work together with all parties for a resolution.

*Senior Associate, Appellate and Motion Practice
**Bar results pending

**BLOCK O'TOOLE & MURPHY, LLP**
ATTORNEYS AT LAW

One Penn Plaza
Suite 5315
New York, New York 10119

---

Respectfully submitted,

David L. Scher, Esq.
Counsel for Plaintiff

Cc: Kenneth Arthur Rigby, Esq.
Law Offices of Kenneth Arthur Rigby, PLLC
15 Maiden Lane, Suite 1500
New York, NY 10038