# BLOCK O'TOOLE & MURPHY, LLP
## ATTORNEYS AT LAW

One Penn Plaza
Suite 5315
New York, New York 10119
Telephone (212) 736-5300  ♦  Fax (212) 971-9840
www.blockotoole.com

**Partners**
Jeffrey A. Block
Daniel P. O'Toole
Stephen J. Murphy
S. Joseph Donahue
David L. Scher

**Senior Counsel**
Frederick C. Aranki
Scott Occhiogrosso

**Associates**
Michael J. Hurwitz
Thomas Brennan
Christina Mark*
Romina Tominovic
Brigit Zahler
Daniel Seiden**

**Of Counsel**
George A. Freitag
Javier A. Solano
Ravi Sattiraju

November 18, 2015

Via Certified Mail Return Receipt Requested
#: 7014-3490-0000-3475-2144
Mr. Patrick Gill
85 Nicholas Avenue
Brooklyn, NY 11208

Re: Gill v. Perini Corporation
Our file No.: 3800

Dear Mr. Gill:

You are required to appear at a court conference located at the United States Eastern District, 225 Camdan Plaza East, Brooklyn, NY on December 2, 2015 at 2:30pm in Courtroom 13-D South in reference to the above matter. The Court has ordered that you attend. Your failure to do so could result in sanctions.

Please contact my office immediately to confirm your appearance.

Thank you.

Very truly yours,

David L. Scher

DLS:sc
Encls

---

*Senior Associate, Appellate and Motion Practice
**Admission pending

# Susan Cushing

| | |
|---|---|
| **From:** | David L. Scher |
| **Sent:** | Wednesday, November 18, 2015 3:43 PM |
| **To:** | Susan Cushing |
| **Subject:** | FW: Activity in Case 1:13-cv-04477-JG-SMG Gill v. Bahlmann et al Scheduling Order |

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Wednesday, November 18, 2015 3:37 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:13-cv-04477-JG-SMG Gill v. Bahlmann et al Scheduling Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/18/2015 at 3:37 PM EST and filed on 11/18/2015
**Case Name:**       Gill v. Bahlmann et al
**Case Number:**   1:13-cv-04477-JG-SMG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
SCHEDULING ORDER re Order, [40] Letter filed by Patrick Gill: An in-person conference will be held at 2:30 p.m. on December 2, 2015 before the undersigned in Courtroom 13-D South. Counsel for all parties must attend along with plaintiff Gill. Counsel for plaintiff is directed to immediately serve plaintiff with this Order, via return receipt delivery, and file proof of service with the Court. The Bankruptcy Trustee and counsel for Bankruptcy are encouraged to attend this conference as well. Counsel for plaintiff is further directed to immediately serve the Trustee with this Order, via return receipt delivery, and file proof of service with the Court. So Ordered by Chief Magistrate Judge Steven M. Gold on 11/18/2015. (Vasquez, Lea)

1:13-cv-04477-JG-SMG Notice has been electronically mailed to:

Jeffrey A. Block     jblock@blockotoole.com, bzahler@blockotoole.com

Kenneth Arthur Rigby     karigby@karigbylaw.com, artrig@aol.com

David Louis Scher     dscher@blockotoole.com, mvivieca@blockotoole.com

**1:13-cv-04477-JG-SMG Notice will not be electronically mailed to:**

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK

} ss.:

COUNTY OF NEW YORK

**Susan Cushing** being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

On November ____ 2015 I served a true copy of the annexed Order via Certified Mail Return Receipt Requested by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Mr. Patrick Gill
85 Nicolas Avenue
Brooklyn, NY 11208

Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554
Attn: Richard McCord, Esq.

_____
Susan Cushing

Sworn to before me on the ____ day of November 2015

_____
Notary Public

BRIGIT ZAHLER
Notary Public, State of New York
No. 02ZA6316519
Qualified in New York County
Commission Expires December 15, 20__